STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. JAMES J. PATTON, DEFENDANT-RESPONDENT.

See same case below: 76 *N. J. Super.* 353.

*Mr. Norman Heine* and *Mr. Stephen M. Gretzkowski, Jr.,* for the petitioner.

*Mr. James J. Patton, in propria persona.*

May 27, 1963. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. DANIEL CURRIE, DEFENDANT-PETITIONER.

*Messrs. Wilentz, Goldman & Spitzer* and *Mr. Douglas T. Hague* for the petitioner.

*Mr. Edward J. Dolan* and *Mr. William D. Danberry* for the respondent.

May 27, 1963. Granted.